UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS BLAKE GILUSO**<br>     *Plaintiff*,<br>v.<br><br>**TAURUS INTERNATIONAL MANUFACTURING, INC. AND TAURUS HOLDINGS, INC.,**<br>     *Defendant*s | **CIVIL ACTION NO.:** 2:**19-cv-1301**<br><br>**DISTRICT JUDGE BROWN**<br><br>**MAG. JUDGE CURRAULT** |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Thomas Blake Giluso, and upon suggesting to this Honorable Court that all claims and demands presented herein have been amicably settled and compromised, and mover desires a dismissal, with prejudice, of any and all claims and causes of action asserted in the above entitled and numbered proceeding by Plaintiff, Thomas Blake Giluso, and against Defendants, Taurus International Manufacturing, Inc. and Taurus Holdings, Inc., all parties to bear their own costs.

Plaintiff specifically moves this Court to retain jurisdiction over this action to enforce the settlement reached between the parties, if necessary, and any other acts in furtherance thereof.

[Signature block on the following page]

Respectfully submitted,

**THE CHOPIN LAW FIRM, LLC**

    */s/ Michael D. Letourneau*
**Justin M. Chopin (La. Bar No. 31100)**
**Michael D. Letourneau (La. Bar No. 32556)**
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone:     Justin Direct: 504-229-6681
                          Mike Direct: 504-229-6685
Facsimile: 504-324-0640
Email:  Justin@chopinlawfirm.com
              Mike@chopinlawfirm.com
*Attorneys for Plaintiff, Thomas Blake Giluso*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 23 July 2020, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

    */s/ Michael D. Letourneau*
          Michael D. Letourneau