UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS BLAKE GILUSO**<br>    *Plaintiff*,<br>v.<br><br>**TAURUS INTERNATIONAL MANUFACTURING, INC. AND TAURUS HOLDINGS, INC.,**<br>    *Defendant*s | **CIVIL ACTION NO.: 2:19-cv-1301**<br><br>**SECTION: G(2)** |

## ORDER

Considering Plaintiff Thomas Giluso's "Motion to Dismiss with Prejudice,"

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff's causes of action against Defendants Taurus International Manufacturing, Inc., and Taurus Holdings, Inc., in the captioned civil action, be and are hereby dismissed with prejudice. Each party shall bear its own respective costs.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over the above-captioned action to enforce the settlement agreement reached between the parties and any other acts in furtherance thereof.

New Orleans, Louisiana, this __28th__ day of July, 2020.

*[Signature: Nannette Jolivette Brown]*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**